IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-cv-22786-King/Bandstra

NIKE, INC.,

    Plaintiff,

v.

ADETUNJI THOMAS-QUARCOO a/k/a
OLUBUNMI THOMAS-QUARCOO d/b/a
www.MyJordansfly.com and
www.Authenticshoescheap.com

    Defendants.
_____/

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND
PERMANENT INJUNCTION

Plaintiff, Nike, Inc. (hereinafter "Nike"), by and through its undersigned counsel, hereby moves that this Court enter Final Default Judgment and Permanent Injunction against Defendant, Adetunji Thomas-Quarcoo a/k/a Olubunmi Thomas-Quarcoo d/b/a www.MyJordansfly.com and www.Authenticshoescheap.com (hereinafter "Defendant") pursuant to Fed. R. Civ. P. 55(b)(2) as more fully alleged in the attached *Plaintiff's Memorandum in Support of Final Default Judgment and Permanent Injunction*.

I HEREBY CERTIFY that on November 10, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the forgoing document and the notice of electronic filing by first-class

mail to Adetunji Thomas-Quarcoo at 129 Plumtree Lane, Willingboro, New Jersey 08046.

        /s/Michael W.O. Holihan
        Michael W. O. Holihan
        Florida Bar No.: 0782165
        Holihan Law
        1101 North Lake Destiny Road
        Suite 275
        Maitland, Florida 32751
        Telephone: 407-660-8575
        Fax: 407-660-0510
        Email:
        michael.holihan@holihanlaw.com
        Attorneys for Plaintiff