UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-cv-22786-King/Bandstra

NIKE, INC.,

      Plaintiff,

v.

ADETUNJI THOMAS-QUARCOO a/k/a
OLUBUNMI THOMAS-QUARCOO d/b/a
www.MyJordansfly.com and
www.Authenticshoescheap.com

      Defendants.
_____/

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Entry of Default Judgment against Defendant, Adetunji Thomas-Quarcoo a/k/a Olubunmi Thomas-Quarcoo d/b/a www.MyJordansfly.com, www.Authenticshoescheap.com (hereinafter "Defendant").

    1)    This Court has jurisdiction over the Plaintiff and the Defendant and the Subject Matter of this action.

1

2)      The Plaintiff in this action represents one of the world's best known brands. The "Nike"®, "Swoosh"®, and composite "Nike" and "Swoosh"® marks note to the buying public the high quality products and services which originate with Nike. The Plaintiff's trademarks which are at issue in the present action are indexed hereto as Exhibit "1" and previously referenced to the Complaint as Exhibit "A" and are hereinafter referred to as "the Trademarks." The registrations are valid and subsisting and are conclusive proof of the Plaintiff's rights to the marks and properties noted. This finding shall constitute res judicata with the effect of claim and issue preclusion in any future litigation between Nike and the Defendant.

3)      The Plaintiff brought the present action against the Defendant alleging claims of trademark infringement and unfair competition.

4)      The Plaintiff's claim arose out of the Defendant's infringement upon the Plaintiff's Trademarks through the Defendant's manufacturing, selling, offering for sale, advertising, promoting, marketing and distributing, or making any commercial exploitation of any kind of merchandise, including footwear, or any other products, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks.

5) The Defendant has never been authorized by the Plaintiff to manufacture, sell, offer for sale, advertise, promote, market and distribute, or make any commercial exploitation of any kind of merchandise, including footwear, or any other products, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks.

6) The Defendant has willfully and intentionally infringed upon the Trademarks by manufacturing, selling, offering for sale, advertising, promoting, marketing and distributing, or making any commercial exploitation of any kind of merchandise, including footwear, or any other products, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks. This finding shall constitute res judicata with the effect of claim and issue preclusion in any future litigation between Nike and the Defendant.

7) The Plaintiff is suffering and has suffered irreparable injury as a result of the Defendant manufacturing, selling, offering for sale, advertising, promoting, marketing and distributing, or making any commercial exploitation of any kind of

merchandise, including footwear, or any other products, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks. The Plaintiff will continue to suffer irreparable harm and injury should a Permanent Injunction Order not be issued.

After review of the file and being fully aware of the premises, it is hereby ORDERED AND ADJUDGED, that a Permanent Injunction is entered as to the Defendant, Adetunji Thomas-Quarcoo a/k/a Olubunmi Thomas-Quarcoo d/b/a www.MyJordansfly.com and www.Authenticshoescheap.com, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining the Defendant, his agents, servants, employees and attorneys, and upon those persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise:

    a.    From manufacturing, procuring, distributing, shipping, retailing, selling, advertising or trafficking, in any merchandise, including footwear and/or related merchandise, not authorized by the Plaintiff, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks, or bearing a design or image which is of a substantially similar

appearance to the Trademarks;

  b. From passing off, inducing or enabling others to sell or pass off, as authentic products produced by the Plaintiff or otherwise authorized by the Plaintiff, any product not manufactured by the Plaintiff or produced under the control or supervision of the Plaintiff and approved by the Plaintiff, which utilize any of the Trademarks;

  c. From selling, offering, for sale, marketing, promoting, advertising, passing off any merchandise in conjunction with any unauthorized simulation, reproduction, counterfeit, copy or colorable imitation of the Trademarks, or bearing a design or image which is of a substantially similar to appearance to the Trademarks;

  d. From committing any act calculated to cause purchasers to believe that the Defendant's products are those sold under the control and supervision of the Plaintiff, or are sponsored, approved or guaranteed by the Plaintiff, or are connected with and produced under the control or supervision of the Plaintiff;

  e. From further diluting and infringing Plaintiff's Trademarks and damaging their goodwill;

5

f. From causing, aiding, and/or abetting any other person from doing any act proscribed under a, through e above.

It is further, ORDERED AND ADJUDGED,

That judgment is entered against Defendant, Adetunji Thomas-Quarcoo a/k/a Olubunmi Thomas-Quarcoo d/b/a www.MyJordansfly.com and www.Authenticshoescheap.com, and in favor of Nike, Inc., in the amount of $60,000 in statutory damages pursuant to 15 U.S.C. §1117(c).

It is further, ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Final Judgment Permanent Injunction by way of contempt or otherwise.

Dated this 12 day of November, 2008.

James Lawrence King
United States District Judge
Southern District of Florida